■ In the Matter of ADRIAN LOPEZ, Appellant, v TINA STANFORD, as Chair of the Board of Parole, Respondent. [40 NYS3d 303]—Appeal from a judgment of the Supreme Court (Cortese, J.), entered February 2, 2016 in Clinton County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of the Board of Parole denying petitioner's request for parole release.

Petitioner commenced this CPLR article 78 proceeding challenging an August 2014 determination of the Board of Parole denying his request for parole release. Supreme Court dismissed the petition and petitioner appeals. The Attorney General has advised this Court that petitioner reappeared before the Board in August 2016 at which time he was again denied parole release. As such, the appeal is dismissed as moot (see Matter of Mance v Evans, 119 AD3d 1316 [2014]; Matter of Hardwick v New York State Dept. of Parole, 116 AD3d 1332 [2014]).

Peters, P.J., McCarthy, Lynch, Devine and Aarons, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.